1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON ROBERT PERROTON,            )
                                )
            Petitioner,          )            No. C 14-3964 CRB (PR)
                                )
      v.                         )            ORDER
                                )
LAURIE SMITH, Sheriff,          )
                                )
            Respondent.          )
_____ )

17    This action for a writ of habeas corpus under 28 U.S.C. § 2254 was filed on

18  September 2, 2014.  The court notified petitioner in writing on that date that the

19  action was deficient because he did not  pay the requisite $5.00 filing fee or,

20  instead, submit a signed and completed court-approved in forma pauperis

21  application, including a completed certificate of funds in the prisoner's account

22  and a copy of the prisoner's trust account statement for the last six months.

23  Petitioner was advised that failure to file the requested items within 28 days would

24  result in dismissal of the action.

25    Petitioner has filed a consent to withdraw funds accompanied by a copy of

26  his trust account statement showing a balance of $270.23.  Petitioner is not entitled

27  to proceed informa pauperis and instead must pay the requisite $5.00 filing fee.

28  But simply filing a consent to withdraw funds will not do.  Petitioner instead must

ask jail officials to send a check for the requisite $5.00 filing fee to the court.
Petitioner is advised that the action will be dismissed if the $5.00 filing fee is not
received within 28 days of this order.

SO ORDERED.

DATED: Sept. 26, 2014

CHARLES R. BREYER
United States District Judge