IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ROBERT PERROTON, AU7594, ) </br> ) </br> Petitioner, ) </br> ) </br> v. ) </br> ) </br> RON DAVIS, Acting Warden, ) </br> ) </br> Respondent. ) </br> _____ ) | No. C 14-3964 CRB (PR) </br> </br> ORDER |

Per order filed on September 30, 2014, the court denied petitioner's request to proceed <u>in forma pauperis</u> in this habeas action and gave him 28 days to pay the requisite $5.00 filing fee or face dismissal.

Petitioner subsequently was transferred from Santa Clara County Jail to San Quentin State Prison and, on October 27, 2014, filed a letter requesting 28 days to pay the requisite $5.00 filing. But more than 28 days have passed and petitioner still has not payed the requisite filing $5.00 filing fee. In the interest of justice, petitioner will be afforded a final opportunity to pay the requisite $5.00 filing fee. Petitioner is advised that the action will be dismissed if the $5.00 filing fee is not received by December 19, 2014.

SO ORDERED.

DATED: Dec. 1, 2014

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.14\Perroton, J.14-3964.filingfee.ex1.wpd